# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# at GREENEVILLE

| | |
|---|---|
| TOBY BURRIS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff ) ) v. ) ) CHARTER FOODS, INC., CHARTER ) CENTRAL, LLC and CHARTER FOODS ) NORTH, LLC, ) Defendants ) | Civil Action No. 2:20-cv-158-CEA-CRW<br><br>**ELECTRONICALLY FILED** |

**JOINT SUBMISSION CONCERNING THE TERMS OF THE PARTIES'**
**SETTLEMENT AGREEMENT**

COME NOW Plaintiffs and Defendants, and hereby jointly submit the foregoing response to the Court's July 31, 2023 Order that they outline the terms of the settlement agreement. Doc. 92.

1. Because the Court declined to certify this suit as a collective action, Plaintiffs consist solely of Lead Plaintiff Toby Burris, as well Opt-In Plaintiffs Niklaus Ryker Schleufer, Susan Lewis, McKayla Singleton, Donna Holtz, and Pamela Renee McGuire.

2. Under the terms of the settlement, each Opt-In Plaintiff is to receive $1,000, and, to account for his efforts as Lead Plaintiff, Toby Burris will receive $1,500.

3. Despite diligent efforts on the part of counsel, Opt-In Plaintiff Susan Lewis could not be located to give her consent to the settlement, and her whereabouts remain unknown. She has therefore not been allocated any payment under the settlement terms.

4. The parties' settlement agreements are attached hereto as <u>Exhibits 1-5</u>.

5. Under the terms of the settlement agreement, Defendants are not obligated to

immediately pay any attorneys' fees to Plaintiffs, but instead have recognized the right of Plaintiffs' attorneys to recover up to $25,000 as part of any future resolution of *Davis, et al. v. Charter Foods, Inc. et al.*, No. 2:20-cv-159 (E.D. Tenn.) for work performed jointly on both cases.

6. These payments constitute a fair and reasonable resolution of a bona fide dispute under the FLSA. Plaintiffs asserted that they were denied overtime pay owed to them due to Defendants adjusting their time records, and due to having performed work off the clock. Though the course of discovery and reviewing Defendants' time records, Plaintiffs believed they were likely to only be able to substantiate a few hundred dollars in unpaid wages, if any. Plaintiffs and Defendants view the settlement terms as a favorable resolution of this case.

Respectfully submitted this 4th day of August 2023 by undersigned counsel.

**WEISBERG CUMMINGS, P.C.**
Derrek W. Cummings, PA 83286
(*Admitted Pro Hac Vice, ECF 12*)
Larry A. Weisberg, PA 83410
(*Admitted Pro Hac Vice, ECF 12*)
2704 Commerce Drive, Suite B
Harrisburg, Pennsylvania 17110-9380
T - (717) 238-5707
F - (717) 233-8133
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com

**STUEVE SIEGEL HANSON LLP**

*s/ George A. Hanson*
George A. Hanson, MO 43450
(*Admitted Pro Hac Vice, ECF 12*)
Alexander T. Ricke, MO 65132
(*Admitted Pro Hac Vice, ECF 12*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
T - (816) 714-7100
F - (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**JENNIFER MORTON LAW, PLLC**
Jennifer B. Morton, BPR #015585
Maha M. Ayesh, BPR #025244
8217 Pickens Gap Road
Knoxville, Tennessee 37920
T - (865) 579-0708
F - (865) 579-0787
jen@jmortonlaw.com
maha@jmortonlaw.com

*Counsel for Plaintiffs*

**MACDONALD, ILLIG, JONES & BRITTON LLP**

*s/ Matthew W. McCullough*
Matthew W. McCullough, PA 46950
(*Admitted Pro Hac Vice, ECF 19*)
Jamie R. Schumacher, PA 318873
(*Admitted Pro Hac Vice, ECF 20*)
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507
T - (814) 870-7602
F - (814) 454-4647
mmccullough@mijb.com
jschumacher@mijb.com

**WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**
J. Keith Coates, Jr. BPR #025839
Kaitlyn E. Hutcherson, BPR #035188
Post Office Box 900
Knoxville, Tennessee 37901-0900
T - (865) 215-1000
F - (865) 215-1001
kcoates@wmbac.com
khutcherson@wmbac.com

*Counsel for Defendants*