UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TOBY BURRIS, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Case No. 2:20-cv-158 ) ) Judge Atchley |
| CHARTER FOODS, INC., *et al.*, | ) ) ) Magistrate Judge Wyrick |
| *Defendants*. | ) ) |

# JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action with prejudice after approval of the Settlement Agreement as outlined in the Notice of Settlement [Doc. 93],

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT